**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy          **04/20**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- |
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Jose**<br>First name<br><br>Middle name<br><br>**Ramirez**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3170 |  |

|                                                       | About Debtor 1:                                        | About Debtor 2 (Spouse Only in a Joint Case):          |

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

☑ I have not used any business name or EINs.

Business name(s)

EIN

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business name or EINs.

Business name(s)

EIN

**5. Where you live**

**2010 Grove Street**
**Blue Island, IL 60406**
Number, Street, City, State & ZIP Code

**Cook**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1 __Jose Ramirez__      Case number *(if known)* _____

---

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known | _____ |
| | Debtor | _____ | | Relationship to you | _____ |
| | District | _____ | When _____ | Case number, if known | _____ |

---

**11. Do you rent your residence?**

- ■ No.   Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?

     ☐ No. Go to line 12.

     ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.     Go to Part 4.

☐ Yes.     Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.     I am not filing under Chapter 11.

☐ No.     I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.     I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.     I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.     What is the hazard?     _____

_____

If immediate attention is needed, why is it needed?     _____

_____

Where is the property?     _____

_____
Number, Street, City, State & Zip Code

---

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code, I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Jose Ramirez**
_____          _____
**Jose Ramirez**                                       Signature of Debtor 2
Signature of Debtor 1

Executed on    **December 14, 2021**          Executed on  _____
                 MM / DD / YYYY                                        MM / DD / YYYY

Debtor 1    **Jose Ramirez**                                    Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Andres Ybarra**                          Date    **December 14, 2021**
Signature of Attorney for Debtor                      MM / DD / YYYY

**Andres Ybarra**
Printed name

**Consumer Law Group, LLC**
Firm name

**6232 N. Pulaski, Suite 200**
**Chicago, IL 60646**
Number, Street, City, State & ZIP Code

Contact phone    **773-945-0358**              Email address    **BK@consumerlaw.com**

**6298009 IL**
Bar number & State

| Debtor 1 | **Jose Ramirez** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... | $ 0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B....................................................... | $ 12,800.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................................ | $ 12,800.00 |

### Part 2:    Summarize Your Liabilities

| | | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 0.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ 0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 8,078.00 |
| | **Your total liabilities** | $ 8,078.00 |

### Part 3:    Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*............................................................... | $ 2,010.67 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.......................................................... | $ 2,608.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■ Yes

7. **What kind of debt do you have?**

    ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                    $            **3,932.00**

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $            0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $            0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $            0.00 |
| 9d. Student loans. (Copy line 6f.) | $            0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $            0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$            0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $            0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | **Jose Ramirez** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No
   ■ Yes

| 3.1 | Make: | **GMC** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Sierra** | ■ Debtor 1 only | |
| | Year: | **2007** | ☐ Debtor 2 only | |
| | Approximate mileage: | **101000** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property (see instructions) | **$8,100.00**    **$4,050.00** |

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>    | **$4,050.00** |

### Part 3: Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes.  Describe.....

   | Normal Household Goods | $300.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☒ No
   ☐ Yes.  Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☒ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☒ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes.  Describe.....

    | Normal Wearing Apparel | $300.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☒ No
    ☐ Yes.  Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☒ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .............................................................................

| $600.00 |
|---|

**Part 4:**  **Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☒ No
   ☐ Yes.................................................................................................................

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ☒ Yes........................                      Institution name:

   17.1.   **Checking**         **1st Midwest Bank**                      **$150.00**

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☒ No
   ☐ Yes..................          Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☒ No
   ☐ Yes.   Give specific information about them...................                % of ownership:
                           Name of entity:                     % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ☒ No
   ☐ Yes. Give specific information about them
                           Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☒ No
   ☐ Yes. List each account separately.
                         Type of account:            Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☒ No
   ☐ Yes. .....................                   Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ☒ No
   ☐ Yes.............         Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ☒ No
   ☐ Yes.............         Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ☒ No
   ☐ Yes.   Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ☒ No
   ☐ Yes.   Give specific information about them...

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

    _____

    | Estimated Tax Reund | Federal | $8,000.00 |
    |---|---|---|

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    　　　　　Company name:　　　　　　　　　　　　　　Beneficiary:　　　　　　　　　　Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36.   **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...............................................................................................................

| $8,150.00 |
|---|

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    - ■ No. Go to Part 6.
    - ☐ Yes.  Go to line 38.

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ■ No. Go to Part 7.
    - ☐ Yes.  Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ■ No
    - ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here  ...................................    | $0.00 |

| Part 8: | **List the Totals of Each Part of this Form** |
|---|---|

| 55. | **Part 1: Total real estate, line 2**  ......................................................................... | | $0.00 |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | $4,050.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $600.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $8,150.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $12,800.00 | Copy personal property total | $12,800.00 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $12,800.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | **Jose Ramirez** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt
**4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **2007 GMC Sierra 101000 miles**<br>Line from *Schedule A/B*: **3.1** | $4,050.00 | ■ | $2,400.00 | 735 ILCS 5/12-1001(c) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2007 GMC Sierra 101000 miles**<br>Line from *Schedule A/B*: **3.1** | $4,050.00 | ■ | $1,650.00 | 735 ILCS 5/12-1001(b) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Normal Household Goods**<br>Line from *Schedule A/B*: **6.1** | $300.00 | ■ | $300.00 | 735 ILCS 5/12-1001(b) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Normal Wearing Apparel**<br>Line from *Schedule A/B*: **11.1** | $300.00 | ■ | $300.00 | 735 ILCS 5/12-1001(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: 1st Midwest Bank**<br>Line from *Schedule A/B*: **17.1** | $150.00 | ■ | $300.00 | 735 ILCS 5/12-1001(b) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Federal: Estimated Tax Reund** Line from *Schedule A/B*: **28.1** | $8,000.00 | ■    $1,750.00  ☐    100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Federal: Estimated Tax Reund** Line from *Schedule A/B*: **28.1** | $8,000.00 | ■    $6,250.00  ☐    100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(g)(1)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■  No

   ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　☐  No

   　　☐  Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor 1 | **Jose Ramirez** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                 Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jose Ramirez** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

**1.** Do any creditors have priority unsecured claims against you?

    ■ No. Go to Part 2.

    ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

**3.** Do any creditors have nonpriority unsecured claims against you?

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    ■ Yes.

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| **4.1**   **Jefferson Capital Systems, LLC** <br> Nonpriority Creditor's Name <br> **Attn: Bankruptcy** <br> **16 Mcleland Road** <br> **Saint Cloud, MN 56303** <br> Number Street City State Zip Code | Last 4 digits of account number   **2003** <br><br> When was the debt incurred?   **Opened 06/19   Last Active 08/16** | **$1,946.00** |

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Factoring Company Account Verizon Wireless**

| 4.2 | **Midland Fund** | Last 4 digits of account number | **3181** | **$4,900.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy
350 Camino De La Reine, Suite 100
San Diego, CA 92108**

When was the debt incurred?    **Opened 12/19  Last Active 06/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **Factoring Company Account Comenity Bank**

☐ Yes

---

| 4.3 | **Portfolio Recovery Associates, LLC** | Last 4 digits of account number | **1779** | **$688.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502**

When was the debt incurred?    **Opened 12/20  Last Active 04/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **Factoring Company Account Capital One Bank Usa N.A.**

☐ Yes

---

| 4.4 | **Resurgent Capital Services** | Last 4 digits of account number | **9564** | **$544.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603**

When was the debt incurred?    **Opened 08/19  Last Active 02/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **Factoring Company Account Comenity Bank Victoria S Secre**

☐ Yes

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 8,078.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 8,078.00 |

Debtor 1    **Jose Ramirez**
            First Name          Middle Name              Last Name

Debtor 2
(Spouse if, filing)   First Name    Middle Name              Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.   **Do you have any executory contracts or unexpired leases?**

     ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** <br> Name <br><br> Number    Street <br><br> City          State       ZIP Code | |
| **2.2** <br> Name <br><br> Number    Street <br><br> City          State       ZIP Code | |
| **2.3** <br> Name <br><br> Number    Street <br><br> City          State       ZIP Code | |
| **2.4** <br> Name <br><br> Number    Street <br><br> City          State       ZIP Code | |
| **2.5** <br> Name <br><br> Number    Street <br><br> City          State       ZIP Code | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

Debtor 1: **Jose Ramirez**
First Name      Middle Name      Last Name

Debtor 2: _____
(Spouse if, filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number _____
(if known)

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number   Street<br>City     State     ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number   Street<br>City     State     ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1 __Jose Ramirez__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number _____
(If known)

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

# Official Form 106I

## Schedule I: Your Income                                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

| 1. | **Fill in your employment information.** | | Debtor 1 | Debtor 2 or non-filing spouse |
|----|----|----|----|----|
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| | | **Occupation** | Clerk | House wife |
| | Include part-time, seasonal, or self-employed work. | **Employer's name** | Jewel Food Stores | |
| | Occupation may include student or homemaker, if it applies. | **Employer's address** | 20427 North 27th Ave<br>Phoenix, AZ 85027-3241 | |
| | | **How long employed there?** | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|----|----|----|----|----|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $       4,259.67 | $              0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$           0.00 | +$            0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $       4,259.67 | $              0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $          **4,259.67** | $          **0.00** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $          **2,249.00** | $          **0.00** |
| 5b. | Mandatory contributions for retirement plans | 5b. | $          **0.00** | $          **0.00** |
| 5c. | Voluntary contributions for retirement plans | 5c. | $          **0.00** | $          **0.00** |
| 5d. | Required repayments of retirement fund loans | 5d. | $          **0.00** | $          **0.00** |
| 5e. | Insurance | 5e. | $          **0.00** | $          **0.00** |
| 5f. | Domestic support obligations | 5f. | $          **0.00** | $          **0.00** |
| 5g. | Union dues | 5g. | $          **0.00** | $          **0.00** |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $          **0.00** + | $          **0.00** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $          **2,249.00**    $          **0.00**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $          **2,010.67**    $          **0.00**

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $          **0.00** | $          **0.00** |
| 8b. | Interest and dividends | 8b. | $          **0.00** | $          **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $          **0.00** | $          **0.00** |
| 8d. | Unemployment compensation | 8d. | $          **0.00** | $          **0.00** |
| 8e. | Social Security | 8e. | $          **0.00** | $          **0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $          **0.00** | $          **0.00** |
| 8g. | Pension or retirement income | 8g. | $          **0.00** | $          **0.00** |
| 8h. | Other monthly income. Specify: _____ | 8h.+ | $          **0.00** + | $          **0.00** |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $          **0.00**    $          **0.00**

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $          **2,010.67** +  $          **0.00** =  $          **2,010.67**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11.  +$          **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $          **2,010.67**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ■ No.
   ☐ Yes. Explain: _____

Debtor 1 **Jose Ramirez**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

**1.** **Is this a joint case?**

■ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

**2.** **Do you have dependents?** ☐ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents names.

■ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **son** | **9** | ☐ No  ■ Yes |
| **son** | **11** | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

**3.** **Do your expenses include expenses of people other than yourself and your dependents?**

■ No
☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

**4.** **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

4. $      **600.00**

**If not included in line 4:**

4a. Real estate taxes                                4a. $      **0.00**
4b. Property, homeowner's, or renter's insurance      4b. $      **0.00**
4c. Home maintenance, repair, and upkeep expenses    4c. $      **0.00**
4d. Homeowner's association or condominium dues     4d. $      **0.00**

**5.** **Additional mortgage payments for your residence,** such as home equity loans    5. $      **0.00**

| | | |
|---|---|---|
| 6. | **Utilities:** | |
| | 6a.    Electricity, heat, natural gas | 6a. $ 0.00 |
| | 6b.    Water, sewer, garbage collection | 6b. $ 300.00 |
| | 6c.    Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 116.00 |
| | 6d.    Other. Specify:    **Cable/Int** | 6d. $ 50.00 |
| 7. | **Food and housekeeping supplies** | 7. $ 700.00 |
| 8. | **Childcare and children's education costs** | 8. $ 100.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ 50.00 |
| 10. | **Personal care products and services** | 10. $ 50.00 |
| 11. | **Medical and dental expenses** | 11. $ 60.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ 250.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ 100.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.    Life insurance | 15a. $ 0.00 |
| | 15b.    Health insurance | 15b. $ 0.00 |
| | 15c.    Vehicle insurance | 15c. $ 132.00 |
| | 15d.    Other insurance. Specify: | 15d. $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ 0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a.    Car payments for Vehicle 1 | 17a. $ 0.00 |
| | 17b.    Car payments for Vehicle 2 | 17b. $ 0.00 |
| | 17c.    Other. Specify: | 17c. $ 0.00 |
| | 17d.    Other. Specify: | 17d. $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | |
| | 20a.    Mortgages on other property | 20a. $ 0.00 |
| | 20b.    Real estate taxes | 20b. $ 0.00 |
| | 20c.    Property, homeowner's, or renter's insurance | 20c. $ 0.00 |
| | 20d.    Maintenance, repair, and upkeep expenses | 20d. $ 0.00 |
| | 20e.    Homeowner's association or condominium dues | 20e. $ 0.00 |
| 21. | **Other:** Specify: | 21. +$ 0.00 |
| 22. | **Calculate your monthly expenses** | |
| | 22a. Add lines 4 through 21. | $ 2,608.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ 2,608.00 |
| 23. | **Calculate your monthly net income.** | |
| | 23a.    Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ 2,010.67 |
| | 23b.    Copy your monthly expenses from line 22c above. | 23b. -$ 2,608.00 |
| | 23c.    Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ -597.33 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.          | Explain here: |

Debtor 1    **Jose Ramirez**

First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Jose Ramirez**                    X _____
**Jose Ramirez**                          Signature of Debtor 2
Signature of Debtor 1

Date **December 14, 2021**                Date _____

| Debtor 1 | **Jose Ramirez** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number
(if known) _____

☐ Check if this is an
   amended filing

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2020 ) | ■ Wages, commissions, bonuses, tips | $46,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2019 )** | ■ Wages, commissions, bonuses, tips | $39,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

**5.    Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐    No.    Go to line 7.
☐    Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

■    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■    No.    Go to line 7.
☐    Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

**7.    Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
| --- | --- | --- | --- | --- |

<div style="background:black;color:white">**Part 4:**</div> **Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
| --- | --- | --- | --- |
| **Midland Credit Managment vs Jose Ramirez**<br>**20206006859** | **Garnishment** | **Daley Center**<br>**50 West washigton**<br>**Chicago, IL 60606** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
| --- | --- | --- | --- |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

<div style="background:black;color:white">**Part 5:**</div> **List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☑ No
    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
| --- | --- | --- | --- |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☐ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☐ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Part 8: | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:   Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

■ No. None of the above applies.  Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Jose Ramirez**
_____
**Jose Ramirez**
**Signature of Debtor 1**                                    **Signature of Debtor 2**

Date   **December 14, 2021**                                Date   _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| Debtor 1 | **Jose Ramirez** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's | ☐ Surrender the property. | ☐ No |

Debtor 1 __Jose Ramirez__                                         Case number (*if known*) _____

name:                                      ☐ Retain the property and redeem it.                    ☐ Yes

Description of                             ☐ Retain the property and enter into a
property                                       *Reaffirmation Agreement.*
securing debt:                             ☐ Retain the property and [explain]: _____

---

| Part 2: | List Your Unexpired Personal Property Leases |

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |

---

| Part 3: | Sign Below |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X __/s/ Jose Ramirez__                                    X _____
__Jose Ramirez__                                              Signature of Debtor 2
Signature of Debtor 1

Date __December 14, 2021__                                Date _____

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and

> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
### Northern District of Illinois

In re **Jose Ramirez**  _____  Case No. _____
Debtor(s)  Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **2,000.00** |
| Prior to the filing of this statement I have received | $ | **2,000.00** |
| Balance Due | $ | **0.00** |

2. $ **343.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■ Debtor  ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ■ Debtor  ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Exemption planning; preparation and filing of reaffirmation agreements and applications as needed.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding; and preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 14, 2021**  _____  **/s/ Andres Ybarra**
_Date_  **Andres Ybarra**
_Signature of Attorney_
**Consumer Law Group, LLC**
**6232 N. Pulaski, Suite 200**
**Chicago, IL 60646**
**773-945-0358  Fax: 888-270-8983**
**BK@consumerlaw.com**
_Name of law firm_



<u>**ACUERDO DE REPRESENTACIÓN DE BANCARROTA**</u>

Este **Acuerdo de representación de bancarrota** ("Acuerdo") firmado en ___October 22, 2021___ por y entre Consumer Law Group, LLC, una compañía de responsabilidad limitada de Illinois ("CLG") con su lugar principal de negocios en 6232 N. Pulaski Rd., Suite 200, Chicago, IL 60646, ___Jose Ramirez Gutierrez_____ ("Cliente") para fines de representación legal y presentación de quiebra bajo el Código de Estados Unidos.

1. <u>**CONDICIONES IMPORTANTES:**</u> **¡DETÉNGASE Y LEA ESTE PÁRRAFO IMPORTANTE! POR FAVOR, TENGA EN CUENTA QUE, COMO CONDICIÓN DE ESTE ACUERDO, SU CASO NO SERÁ ARCHIVADO HASTA QUE LA CUOTA FIJA SE PAGUE POR COMPLETO. EL NO PAGAR LA CUOTA FIJA RESULTARÁ EN LA CANCELACIÓN Y/O SUSPENSIÓN DE SU CASO Y PUEDE IMPACTAR SU ASUNTO LEGAL. ES IMPORTANTE QUE TODOS LOS PAGOS PROGRAMADOS SE HAGAN EN LA FECHA ACORDADA PARA PREVENIR CARGOS POR DEMORAS Y LA SUSPENSIÓN Y/O LA CANCELACIÓN DE ESTE ACUERDO. ESTE ACUERDO NO TENDRÁ EFECTO, Y CLG NO TENDRÁ NINGUNA OBLIGACIÓN DE PROPORCIONAR NINGÚN SERVICIO LEGAL HASTA QUE EL CLIENTE PAGUE TODOS LOS PAGOS POR COMPLETO. CLG NO HACE NINGUNA PROMESA DE UN RESULTADO POSITIVO NI GARANTIZA UN RESULTADO DESEADO POR EL CLIENTE. SIN EMBARGO, CLG UTILIZARA TODOS SUS ESFUERZOS PROFESIONALES PARA OBTENER EL MEJOR RESULTADO POSIBLE PARA EL CLIENTE. EL CLIENTE ENTIENDE QUE ESTE ACUERDO NO SE HACE ENTRE EL CLIENTE Y UN ABOGADO ESPECÍFICO. CLG ES UN BUFETE DE ABOGADOS Y CUALQUIER ABOGADO EMPLEADO POR CLG PUEDE TRABAJAR EN EL CASO DEL CLIENTE EN CUALQUIER MOMENTO.**

El cliente entiende que en caso que exista alguna inconsistencia entre este Acuerdo y **Acuerdo de retención aprobado por el Tribunal de Bancarrota de los Estados Unidos** ("CARA", por sus siglas en Inglés, que se incorpora aquí por referencia). CARA gobierna si el cliente archivó para el alivio de Bancarrota Capítulo 13.

2. <u>**11 USC §527 (a) DIVULGACIÓN DE LA AGENCIA DE RESERVA DE DEUDA:**</u> CLG es una "agencia de alivio de deuda" según el significado de 11 USC §101 (12). El Cliente acepta contratar a CLG para representar al Cliente en relación con un caso de bancarrota que puede archivarse en nombre del Cliente. El cliente comprende y reconoce lo siguiente en su totalidad:

   a. El Cliente ha recibido una copia de un Acuerdo escrito que detalla todas las tarifas cobradas por representar al Cliente en un caso de bancarrota, los servicios incluidos y un aviso de los derechos y obligaciones del Cliente;
   b. El cliente debe proporcionar a CLG información completa, veraz y precisa detallada en la lista de verificación de documentos;
   c. Todos los bienes del Cliente (estén en posesión del Cliente o no), activos y pasivos (deudas) deben ser revelados de manera completa y precisa;
   d. El cliente debe divulgar el valor de reposición de cada activo como se define en 11 USC §506 cuando se le solicite después de haber realizado una investigación razonable para establecer dicho valor;


e. El cliente debe revelar de manera completa y precisa todos sus ingresos mensuales actuales y todos sus gastos básicos. Si el Cliente archiva un caso de Bancarrota Capítulo 13, el Cliente debe divulgar con precisión todos sus ingresos disponibles (de acuerdo con 11 USC §707 (b) (2)); y

f. El Cliente comprende que toda la información provista durante el caso del Cliente puede estar sujeta a auditoría y que no proporcionar dicha información puede resultar en el rechazo del caso del Cliente u otra sanción, incluidas sanciones penales.

3. **ALCANCE DE LA REPRESENTACIÓN:**  El cliente contrata a CLG para los siguientes propósitos:

a. asesorar al Cliente sobre las opciones de Bancarrota del Cliente basadas en un análisis de la información proporcionada a CLG por el Cliente;

b. informar al Cliente sobre las consecuencias y los deberes relacionados con la presentación de una quiebra según el Capítulo 7 y el Capítulo 13;

c. obtener y revisar la información necesaria para analizar el caso del Cliente (por ejemplo, un informe de crédito);

d. redactar y archivar una petición, declaraciones y cualquier otra forma requerida por 11 USC §101, et. al., y la Ley de Prevención del Abuso de Bancarrota y Protección al Consumidor de 2005;

e. Acompañar al Cliente a la reunión de acreedores del §341;

f. asesorar al cliente sobre cualquier posible acuerdo de reafirmación; y

g. manejar las comunicaciones del cliente con sus acreedores durante la duración del caso de bancarrota.

A menos que se establezca expresamente lo contrario en este Acuerdo, la representación no incluye ninguna apelación, procedimiento adversarial, manejo de llamadas de abogados en asuntos no relacionados con la Bancarrota, representación del cliente en otros casos legales (ej. *defensa de caso(s) de cobro de deudas archivado contra El Cliente*) o cualquier otro servicio no especificado en este Acuerdo.

CLG no puede garantizar que todas las deudas del Cliente se cancelarán. CLG le ha explicado al Cliente que cancelación de la deuda(s) depende y se basa en la ley y los hechos. CLG solo puede hacer una predicción educada basada en la ley actual y la información proporcionados por el Cliente. El Ciente es responsable de proporcionar datos completos, fechas e información veraz a CLG.

Uno de los principales propósitos de la bancarrota es liquidar ciertas deudas para dar a un deudor individual honesto un "nuevo comienzo". En un caso de Bancarrota Capítulo 7, la aprobación de la liquidación solo está disponible para deudores individuales, no para asociaciones o corporaciones según 11 USC § 727 (a) (1). Aunque un caso de bancarrota usualmente resulta en la cancelación de deudas, no se garantiza la cancelación, y algunos tipos de deudas no se pueden cancelar. Además, una aprobación de la cancelación de la deuda(s) en una bancarrota no elimina gravámenes en las propiedades. El Cliente entiende que, para fines de una bancarrota, activos **pueden no estar completamente protegidos.**  El Fideicomisario de quiebras puede hacer una valoración independiente de cualquier activo. El Cliente puede explorar otras opciones disponibles antes de decidir declararse en bancarrota. El Cliente ha elegido voluntariamente declararse en bancarrota sin importar los posibles riesgos asociados con hacerlo. El Cliente entiende y ha sido informado por CLG de todos los derechos y aspectos de lo antes mencionado.



El Cliente le otorga a CLG un poder limitado para obtener y revisar la información necesaria para el caso de bancarrota del Clienet, como un informe de crédito y una valuación automatizada de bienes inmuebles. CLG obtendrá y utilizará esta información únicamente para fines del caso de bancarrota del Cliente. Este Poder limitado vencerá luego de ocurrir el último de los siguientes eventos: cancelación de la deuda(s), desestimación del caso, o el final de la representación de CLG al Cliente por los servicios provistos en este Acuerdo.

**4.  HONORARIOS:** El Cliente acepta pagar una Cuota Fija de contratación que debe pagarse inmediatamente después de la ejecución de este Acuerdo, o acorde con la Autorización de Pago firmada por el Cliente y que se incorpora a este Acuerdo por referencia.

 Chapter 7      Cuota Fija: $ 2335.00      .

El cliente también acepta pagar una Cuota para archivar el caso en corte, que no está incluida en la Cuota Fija de Contratación. El cliente autoriza un pago para **obtener un informe de crédito** y un pago para obtener una **valoración automatizada de bienes inmuebles**, si es necesario.

|  | Costo |
|---|---|
| Capítulo 7 Cuota para archivar en corte: | **$ 335.00** |
| Capítulo 13 Cuota para archivar en corte: | **$ 310.00** |
| Pago para obtener un informe de crédito (deudor archivando solo): | **$ 33.00** |
| Pago para obtener un informe de crédito (deudores archivando juntos): | **$ 53.00** |
| Pago por valoración automatizada de bienes inmuebles: | **$ 17.00** |

Además, el Cliente entiende que CLG no archivará la Petición de Bancarrotas hasta que se hayan pagado todas las Cuotas y Pagos en su totalidad. Si el Cliente contrata a CLG para una Bancarrota Capítulo 13 y luego elige convertirl su Petición en una Bancarrota Capítulo 7, el Cliente acepta pagar el balance acordado para la Bancarrota Capítulo 13 antes de la conversión.

**INCLUIDO EN LA CUOTA FIJA DE CONTRATACIÓN ES UNA CUOTA DE PROCESAMIENTO NO REEMBOLSABLE DE $500.00. LA CUOTA DE PROCESAMIENTO INCLUYE LOS SERVICIOS PRESTADOS AL CLIENTE DESPUÉS DE FIRMAR ESTE ACUERDO, COMO PROCESAR E INGRESAR DATOS E INFORMACIÓN EN LOS REGISTROS ELECTRÓNICOS DE CLG Y PARA CREAR / ABRIR / RASTREAR UN ARCHIVO FÍSICO. ADEMÁS, SI SE CREA LA PETICIÓN, NO SE EMITIRÁ NINGÚN REEMBOLSO.**

*AVISO: los costos de los proveedores están sujetos a cambios sin previo aviso. Si los costos cambian, CLG hará todos los esfuerzos posibles de mantener el precio total original para evitar inconvenientes al cliente. Las oficinas de informes de crédito tienen prohibido incluir los nombres de los proveedores médicos en los informes de crédito. Por lo tanto, el cliente no puede esperar obtener un informe de crédito para obtener los nombres de proveedores médicos. Sin embargo, la oficina de informes de crédito puede nombrar el agente de cobros. El CLIENTE debe comunicarse directamente con el agente de cobros para*


*obtener la información de los proveedores. CLG no es responsable de ninguna omisión de dichos acreedores o los costos involucrados en agregar acreedores o enmendar una petición de bancarrota como resultado de los problemas descritos anteriormente.*

**5.** <u>**CANTIDADES DEBIDAS:**</u> El Cliente entiende que, en el caso de que el Cliente no haga un pago mensual y/o quede adeudado algún pago pendiente que se haya acordado en cualquier Acuerdo entre CLG y el Cliente, CLG puede solicitar al Tribunal retirarse como el abogado del Cliente y/o suspender los servicios al Cliente según lo estipulado en este o en cualquier Acuerdo entre el Cliente y CLG. **EL INCUMPLIMIENTO DE CUALQUIER PAGO POR PARTE DEL CLIENTE ES UNA INFRACCIÓN DE ESTE ACUERDO Y SERÁ MOTIVO PARA QUE CLG SE RETIRE DEL CASO DEL CLIENTE Y PARA CANCELAR LOS SERVICIOS LEGALES DEL CLIENTE. ES IMPORTANTE QUE TODAS LAS TARIFAS SE PAGAN OPORTUNAMENTE PARA EVITAR LA RETIRADA DE CLG DEL CASO DEL CLIENTE Y PARA PREVENIR LA CANCELACIÓN DE ESTE ACUERDO.**

**6.** <u>**CARGO POR FONDOS INSUFICIENTES:**</u> El cliente debe pagar a CLG $25.00 en razón de cargo por pago tardío a causa de fondos insuficientes en pagos realizados con tarjeta de crédito, y $45.00 en razón de cargo por pago tardío a causa de fondos insuficientes en pagos realizados con cheque o E-Check.

**7.** <u>**DEBERES Y COMUNICACIÓN DEL CLIENTE:**</u> El cliente debe ser veraz con CLG en todo momento durante la representación de CLG al Cliente. Si el cliente no dice la verdad a CLG en todo momento, esto impactara de manera negativa en el resultado del caso, provocando con ello que CLG, a su única discreción, proceda a la terminación inmediata de este Acuerdo. Además, el Cliente debe cooperar y comunicarse con CLG y proveer toda la información y documentos requeridos por CLG, informar a CLG de cualquier desarrollo o hechos que puedan retrasar o ayudar en el caso del Cliente, hacer los pagos acordados, y mantener al tanto a CLG de su dirección actual, número de teléfono y lugar donde pueda ser localizado en cualquier momento. Muchas de las comunicaciones enviadas por CLG al cliente serán vía mensaje de texto, en aras de agilizar y hacer eficientes las comunicaciones. El cliente se compromete a proveer a CLG una dirección de e-mail valida a la que pueda acceder diariamente, el Cliente debe revisar su e-mail no menos de una vez diaria para determinar si tiene alguna información importante enviada por CLG. El Cliente tiene la responsabilidad de devolver todos los formularios totalmente completos a CLG a las 24 horas de haber recibido dichos documentos. CLG no está en la obligación de realizar ningún servicio hasta que las tareas mencionadas anteriormente hayan sido completadas por el Cliente. El Cliente debe cumplir todas sus obligaciones especificadas en este Acuerdo de manera plena, completa y oportuna.

El cliente debe compartir todas las comunicaciones, incluidos los que tienen con la parte adversa, con CLG al momento de recibirse. Si cualquier otro abogado intenta ponerse en contacto con el cliente, el cliente debe informar al otro abogado que tiene un contrato de representación con CLG, y el cliente debe solicitar que todas las comunicaciones futuras sean dirigidas a CLG. El cliente autoriza a CLG para negociar en nombre del cliente. Si el cliente y la parte adversa llegan a un acuerdo fuera de los procesos judiciales, el cliente debe informar con prontitud a CLG. Cualquier formulario o aviso de cualquier naturaleza que se suba al Portal del Cliente se considerará entregado al Cliente. Es responsabilidad única y absoluta del Cliente revisar cualquier documento subido al Portal del Cliente.


**8. DESPIDO Y RETIRO:** El Cliente puede terminar su relación con CLG en cualquier momento, CLG podría retirar sus servicios por una justa causa. Una justa causa incluye, y no es limitada a: incumplimiento de este Contrato, incumplimiento de los pagos, la negativa a cooperar o seguir los consejos de CLG o de algún hecho o circunstancia que haría que la representación permanente de CLG sea ilegal o no ética. El cliente es responsable por todos los pagos de honorarios y costos no pagados y resultantes de la representación de CLG independientemente de si el asunto ha sido resuelto o completado. Después de la conclusión de la representación de CLG al cliente, CLG, a petición del cliente, deberá entregar el archivo y la propiedad del cliente en posesión de CLG si el cliente ha pagado a CLG en su totalidad por todos los servicios prestados al cliente. CLG puede asignar un derecho de retención en los archivos del cliente por cualquier cuota, honorario, o costo impago, siempre que dichas cuotas, honorarios, o costos no se hayan pagado.

**9. DURACIÓN DE LA REPRESENTACIÓN:** El Cliente contrata a CLG para proveer servicios legales asociados al caso detallado en el párrafo 3. Este contrato terminará cuando haya una determinación definitiva de la corte y haya una sentencia, luego de la desestimación del caso, o luego de un veredicto de no culpabilidad. La representación de CLG no incluye ningún servicio relacionado a alguna apelación o algún otro servicio. Al concluir la representación legal, CLG y el Cliente podrán discutir cualquier posible opción para futuras representaciones. Si el cliente desea proseguir con esas opciones, el Cliente deberá realizar un nuevo Contrato con CLG para esos servicios.

**10. ACUERDO COMPLETO:** Este documento contiene el Acuerdo completo entre las partes. Ningún otro acuerdo, declaraciones, garantías o promesas escritas o verbales que se hayan hecho al cliente antes de la fecha de este Acuerdo serán vinculantes al cliente con CLG.

**11. NULIDAD EN CASO DE NULIDAD PARCIAL:** Si alguna disposición de este Contrato es considerada en su totalidad o en parte no ejecutable por cualquier razón, el resto de esa disposición y la totalidad del Acuerdo serán divisible y permanecerán en efecto.

**12. MODIFICACIÓN POR ACUERDO SUBSIGUIENTE:** Este Acuerdo solo puede ser modificado por un subsiguiente contrato escrito firmado por ambas partes.

**13. LEY GOBERNANTE:** Este Acuerdo está gobernado por las leyes del Estado de Illinois, sin tener en cuenta los principios de conflicto de leyes. El Cliente acuerda y da su consentimiento a que la jurisdicción sea el Condado de Cook en Illinois, y se somete al foro estatal o federal correspondiente. Cualquier controversia o reclamo sobre el Acuerdo que surja a causa del incumplimiento por CLG, se resolverá mediante arbitraje administrado por la Asociación Americana de Arbitraje u otros recursos de arbitraje, según se establece a continuación.

**14. ACUERDO PARA HACER NEGOCIOS ELECTRÓNICAMENTE:** El cliente acepta que CLG archive y envíe documentos y comunicaciones de parte de CLG por medio de un formato electrónico. El Cliente es responsable de los costos asociados con recibir los documentos y comunicaciones de CLG. El Cliente está de acuerdo que CLG le proporcione toda información, correspondencia, cifra de acuerdo o negociación, y



cualquier otra documentación y evidencia de transacciones electrónicamente, que expresamente incluye comunicación por medio de mensajes de texto. Toda comunicación electrónica será considerada válida y auténtica, y el cliente está de acuerdo que dicha comunicación electrónica tendrá el mismo efecto legal que la comunicación escrita y firmada en papel. El consentimiento del cliente puede ser retirado en cualquier momento en que el cliente le envié a CLG una notificación escrita del retiro de su consentimiento. El cliente reconoce y acepta que el internet es considerado inherentemente inseguro. El Cliente está de acuerdo que CLG no se responsabiliza por ninguna pérdida, reclamo, o posibles daños relacionados con las respuestas de CLG a cualquier comunicado electrónico. En todo momento el cliente está obligado de manera absoluta a asegurar que puede recibir comunicación electrónica y acceder a la comunicación electrónica de una manera regular y diligente. El cliente da su consentimiento para las comunicaciones de CLG por medio de correo electrónico, mensaje de texto y grabaciones automatizadas. CLG no es responsable de ningún cargo relacionado a dichas comunicaciones.

**15. ARBITRAJE DE DISPUTAS: ESTA SECCIÓN PROVEE INFORMACIÓN IMPORTANTE SOBRE ARBITRAJE. AL MENOS QUE EL CLIENTE OPTE POR NO ESTAR SUJETO A ESTE ACUERDO DE ARBITRAJE NOTIFICANDO A CLG POR ESCRITO EN NO MAS DE 14 DÍAS DESDE LA FECHA DE ESTE ACUERDO, EL CLIENTE Y CLG ESTARAN VINCULADOS POR EL PRESENTE ACUERDO PARA RESOLVER POR MEDIO DE ARBITRAJE CUALQUIER RECLAMO O DISPUTA, Y RENUNCIA A TODOS LOS DERECHOS PARA ARCHIVAR UN RECLAMO EN CORTE EXCEPTO LO ESTABLECIDO EN ESTE ACUERDO PARA HACER CUMPLIR CUALQUIER LAUDO ARBITRAL.**

**Hasta el límite permitido por la ley, CLG y el Cliente renuncian a cualquier derecho de comenzar o unirse a una demanda de clase o colectiva: es decir, unir un reclamo al reclamo de cualquier otra persona /entidad, o archivar o unirse a una demanda o reclamo en calidad de representante en nombre de cualquier otra persona en cualquier pleito, arbitraje u otro procedimiento. Hasta el límite permitido por la ley, CLG y el cliente renuncian a cualquier derecho a juicio por jurado en cualquier litigio, u otro procedimiento similar. En caso de cualquier controversia, reclamación o disputa entre las partes que surja o o esté relacionado a este acuerdo o su incumplimiento, rescisión , aplicación, interpretación o validez del mismo, incluyendo la terminación del alcance o la aplicabilidad de este acuerdo de arbitraje , será determinado mediante arbitraje obligatorio en el Condado de Cook, Illinois o en el condado y el estado en el que resida el Cliente, de acuerdo con las leyes del estado de Illinois (sin tener en cuenta los conflictos de las cuestiones de derecho) para los acuerdos que se efectúan en y se llevan a cabo en Illinois. Las partes están de acuerdo que el arbitraje será administrado por la Asociación Americana de Arbitraje ("AAA") de conformidad con sus reglas y procedimientos y un árbitro deberá ser neutral e independiente y deberá cumplir con el código de ética del AAA. El laudo dictado por el árbitro será definitivo y no estará sujeto a ser modificado o dejado vacante. El fallo sobre el laudo dictado por el árbitro podrá ser implementado en cualquier tribunal que tenga jurisdicción sobre las partes. Si cualquiera de las partes no cumpla con el laudo arbitral, la parte perjudicada puede solicitar a la corte de circuito la ejecución del mismo. Las partes acuerdan que cualquiera de las partes podrá presentar reclamos contra el otro sólo en su capacidad individual y no como demandante, representante, o miembro de una clase o colectivo, en cualquier supuesta demanda colectiva o de clase o proceso**


representativo. **Las partes deberán dividir los costos del arbitraje (no honorarios de abogados) en partes iguales. Si la porción de los costos (no honorarios) del cliente es mayor de $4,000.00 (cuatro mil dólares), CLG pagará al cliente una proporción razonable de los costos superiores a esta cantidad. Si el cliente no procede con el arbitraje, impugna sin éxito el laudo arbitral, o deja de cumplir con este, CLG tiene derecho a gastos de la demanda, incluyendo los honorarios razonables de un abogado por tener que recurrir al arbitraje, defender o hacer valer el laudo arbitral. En caso de cualquier controversia o cuestión relacionada con esta sección arbitral, incluyendo pero no limitado a su legalidad, inadmisibilidad, equidad, redacción, interpretación o aplicación de la misma, esta disputa se resolverá exclusivamente por el árbitro de acuerdo con el procedimiento antes explicado. Esta sección estará vigente, aunque se termine la relación Abogado-Cliente entre el Cliente y CLG.**

**16.** <u>**PÓLIZA DE CANCELACIÓN:**</u>  Si el Cliente o CLG termina esta relación abogado-cliente por cualquier razón, una parte razonable de la Cuota fija puede ser reembolsada al cliente. Sin embargo, el Cliente entiende y acepta que la Cuota Fija incluye una suma **NO REEMBOLSABLE** de no menos de $500.00 por el tiempo invertido y los costos incurridos en relación con actividades tales como, pero no limitado a, crear, abrir, y dar seguimiento al archivo del cliente. **SI EL CLIENTE FALLA EN CUMPLIR CON ALGÚN PAGO, ESTO ES UN INCUMPLIMIENTO DE ESTE ACUERDO Y SERÁ MOTIVO PARA QUE CLG SE RETIRE DEL CASO DEL CLIENTE Y CANCELE LOS SERVICIOS LEGALES DEL CLIENTE. ES IMPORTANTE QUE TODOS LOS GASTOS SEAN PAGOS EN O ANTES DE LA FECHA INDICADA PARA PREVENIR LA CANCELACION DE ESTE ACUERDO.**

Si el Cliente termina el Acuerdo con CLG antes de que concluya el servicio legal contemplado dentro del mismo, el Cliente será responsable de pagarle a CLG en concepto de "*in quantum meruit*", o cantidad merecida, a $500/hora por el trabajo realizado previo a la terminación de este Acuerdo por el Abogado Gerente; a $400/hora por el trabajo realizado previo a la terminación de este Acuerdo por el Abogado Asociado; a $175/hora por el trabajo realizado previo a la terminación de este Acuerdo por el Asistente Legal; y a $65/hora por el trabajo realizado previo a la terminación de este Acuerdo por trabajo del Administrador Legal.

Firma de CLG                                                    Firma del cliente

*F. Leck*                                                          *John Ramida*



**17.** **AUTORIDAD EXCLUSIVA:**   El cliente autoriza que CLG adopte todas las medidas, incluyendo, pero no limitado a la investigación, negociación y litigio, que al exclusivo criterio de CLG, son necesarias y adecuadas para representar los intereses del Cliente. CLG tiene autoridad plena y exclusiva para determinar la negociación o estrategia del litigio y para llevar a cabo todas las negociaciones o litigios en nombre del cliente. **El cliente acepta que CLG es el representante legal del mismo, y este no deberá ponerse en contacto con el fiscal, negociar en su nombre, o comunicarse con el Juez sin la presencia de un abogado de CLG.**

**18.** **PAGO POR TERCEROS:**   Cuando el pago de servicios proviene de un tercero, CLG continuará sus obligaciones éticas y los deberes de lealtad y confidencialidad con el Cliente nombrado en este Acuerdo como recipiente del servicio legal. Cuando el tercero haya firmado este acuerdo en nombre del Cliente, este acuerdo solo permanecerá válido si el Cliente confirma que él/ella desea ser representado por CLG.

**19.** **EMPLEO DE PERSONAL:**   CLG puede, a exclusivo criterio de CLG, emplear y utilizar un abogado externo o asociado, secretarias y paralegales o asistentes legales para representar y trabajar con CLG en la acción pendiente. El Cliente da permiso para designar un abogado como asesor legal y reconoce que dicho abogado puede ser compensado por sus servicios.

**20.** **RECONOCIMIENTOS DEL CLIENTE:**   El cliente reconoce haber sido informado con gran detalle de los derechos y responsabilidades del cliente, incluidos, entre otros, los siguientes:

a. Las cuentas múltiples con una cooperativa de crédito generalmente tienen garantías cruzadas. En otras palabras, estas cuentas están vinculadas y el Cliente entiende que una cuenta no se puede liquidar sin liquidarlas todas. Por el contrario, el Cliente no puede retener una cuenta sin retener todas las cuentas.

b.  Es posible que las deudas contraídas con cualquier unidad gubernamental (por ejemplo, multas de estacionamiento, infracciones del código de construcción, sobrepagos de desempleo, impuestos) no se puedan cancelar. Es posible que los costos de corte y honorarios incurridos por otros abogados para cobrar las deudas del Cliente no se puedan liquidar.

c.  Cliente **DEBE** divulgar todos sus activos a CLG. El cliente entiende que cualquier deuda no divulgada puede no ser cancelada, y el cliente puede seguir siendo responsable del pago de esa deuda. Cliente **DEBE** revelar de manera completa y precisa a CLG todos sus ingresos y todas sus fuentes de ingresos. Cliente **DEBE** también revelar cualquier cambio futuro en sus ingresos y todas sus fuentes de ingresos.

d. El cliente entiende que el tribunal de bancarrotas puede desestimar un caso de bancarota si el cliente destruye evidencia, miente, omite información relevante, falsifica información, tiene o tuvo ingresos suficientes para pagar deudas o una parte de las mismas, tiene activos no protegidos, comete fraude, esconde activos u oculta transacciones financieras.

e. Toda la información que el Cliente entregue a la corte está sujeta a revisión del Fiscal General de los Estados Unidos. La falta de divulgación completa y precisa de todos los activos, pasivos e ingresos puede dar lugar a multas penales, encarcelamiento o ambos.  **EL CLIENTE ATESTIGUA QUE TODOS SUS ACTIVOS, DEUDAS E INGRESOS HAN SIDO COMPARTIDOS CON CLG.**


f. Cualquier transferencia o venta fraudulenta de bienes personales en el pasado puede considerarse fraudulenta si dicha transacción no se realizó en condiciones de plena competencia y / o el Cliente no recibió el valor razonable a cambio. El tribunal de quiebras puede anular cualquier venta o transferencia para liquidar dicho activo y distribuir el producto a los acreedores del Cliente.

g. Algunas deudas pueden sobrevivir la bancarrota y aún deben pagarse después de que concluya el caso de bancarrota del Cliente, incluidos, entre otros, adelantos en efectivo, uso de tarjeta de crédito, deudas derivadas de fraude, deudas en las que el Cliente proporcionó estados financieros falsos para obtener crédito, cheques sin fondos y/o deudas que el Cliente no divulga.

h. Las obligaciones de asistencia doméstica, incluyendo manutención, NO son cancelables. El cliente es responsable de pagar todas sus obligaciones de asistencia doméstica. Si alguno de los activos del Cliente está exento de los acreedores y el Cliente adeuda atrasos en su obligación de asistencia doméstica, el fideicomisario o acreedor puede embargar activos para pagar dichos atrasos. El Cliente entiende que cada persona u organización a la que el Cliente debe obligación de asistencia doméstica, se debe incluir en la petición de bancarrota con precisión.

i. Si el Cliente archiva una petición o convierte un caso de bancarrotas a Capítulo 13, todas las obligaciones de asistencia doméstica se deben incluir en el Plan y pagarse en su totalidad. El cliente debe mantenerse al día con todas sus obligaciones de asistencia doméstica después de que se archive el caso en corte. **Si el cliente no permanece al día con sus obligaciones de asistencia doméstica, el caso del cliente no será confirmado, puede ser desestimado, y/o se le puede negar al cliente la cancelación de su deuda(s). TODO** tipo de préstamos estudiantiles y sobrepagos de beneficios educativos **NO** se pueden cancelar sin antes mostrar dificultad excesiva para pagar a través de un proceso adversario. El cliente **NO** contrató a CLG para archivar un proceso adversario con el fin de impugnar las obligaciones de préstamos estudiantiles.

j. Las facturas de servicios públicos son generalmente cancelables, pero si el Cliente después de la bancarrota desea algún servicio con un proveedor de servicios cuya deuda figuraba en la lista de bancarrota, es posible que se le solicite que abra una nueva cuenta y pague un depósito considerable por el servicio. El cliente entiende que las cuentas de agua generalmente están protegidas por bienes inmuebles y no son cancelables.

k. Si el Cliente está casado y se declara en bancarrota individualmente, CLG no representa al cónyuge del Cliente. Solo las obligaciones de deuda elegibles del Cliente pueden ser cnceladas. Si el Cliente tiene deudas conjuntas con otra persona, esa persona seguirá siendo responsable de sus obligaciones de la deuda. Los cosignatorios de la duda(s) **NO** están protegidos por el caso de bancarrota del cliente.

l. La eliminación de gravámenes de una hipoteca residencial junior **NO** está disponible en un caso de bancarrota Capítulo 7.



**21. ADMICIONES DE BANCARROTAS CAPÍTULO 13:** El Cliente debe mantenerse al día con todos los pagos de bienes raíces (hipotecas) y pagar directamente al administrador de la hipoteca dichos pagos para evitar la ejecución hipotecaria, a menos que toda la deuda esté incluida en el plan Capítulo 13 del Cliente. El Cliente debe mantenerse al día en todos los pagos de reposesión de vehículo(s) y pagar al acreedor directamente dichos pagos para evitar la reposesión de vehículo(s) a menos que la deuda del vehículo esté incluida en el plan del Capítulo 13 del Cliente. El cliente debe mantenerse al día en todo momento con todos los pagos de impuestos inmobiliarios. El cliente debe mantenerse al díaen todo momento con todos los pagos de seguros. De lo contrario, puede perder la protección de la corte de bancarrota y se puede desestimar el caso de bancarrota del Cliente.

El fideicomisario y los acreedores del Cliente pueden oponerse al plan del Capítulo 13 del Cliente. Si es así, CLG intentará resolver cualquier objeción, pero al hacerlo probablemente se produzca un ajuste en la cantidad mensual del pago al fiduciario del Cliente o los plazos del plan de bancarrota Capítulo 13 del Cliente.

El primer pago al fideicomisario del cliente vence a los treinta (30) días a partir desde que se archiva el caso y se debe pagar en forma de giro postal o cheque de caja pagadero en la cantidad correcta, a menos que se permita otra forma de pago al fideicomisario. **Si no se hacen los pagos, el fideicomisario puede objetar la confirmación del plan del Capítulo 13 del Cliente o presentar una moción para desestimar el caso del Cliente**. El cliente entiende que el pago mensual del fideicomisario está sujeto a cambios, incluso después de que se haya archivado el caso del cliente, según los hechos del caso del cliente.

**22. CLG RENUNCIA RESPONSABILIDAD SOBRE LA FECHA DE VENTA:** Si el Cliente es parte de un proceso de ejecución hipotecaria, el Cliente debe informar a CLG de cualquier fecha de venta de la propiedad en dichos procesos por escrito de manera inmediata. El no hacerlo es una violación material de este Acuerdo.

**23. DECLARACIONES DE IMPUESTOS:** El Cliente reconoce y representa a CLG que el Cliente está al día y ha archivado todos sus impuestos estatales y federales.

**24. FRAUDE:** Por la presente, el Cliente le declara a CLG que el Cliente no ha utilizado ningún número de seguro social ni ningún otro número de identificación fiscal perteneciente a otra persona para obtener deudas. El cliente además representa que el cliente no ha usado ningún número de seguro social inventado u obtenido fraudulentamente o cualquier otro número de identificación fiscal para obtener ninguna deuda.

**25. TÉRMINOS Y CONDICIONES DEL PORTAL DEL CLIENTE:** CLG opera el Portal del Cliente para uso exclusivo de CLG y del Cliente. Al firmar este Acuerdo, el Cliente acepta utilizar el Portal del Cliente y estar sujeto a estos términos y condiciones. CLG puede modificar o discontinuar cualquier aspecto del Portal del Cliente sin previo aviso al Cliente. CLG proporciona acceso al Cliente a un Portal de Cliente para permitir la transferencia electrónica rápida y segura de documentos entre CLG y el Cliente. CLG tiene la discreción exclusiva de decidir qué documentos e información se puede acceder desde el Portal del Cliente. CLG tiene la intención de proporcionar acceso a comunicaciones, información, acuerdos de liquidación y otra documentación relacionada con el asunto legal del Cliente únicamente. El Cliente acepta notificar a CLG inmediatamente sobre cualquier uso no autorizado de la cuenta del Cliente o cualquier



acceso no intencionado a la información de otra persona no relacionada con el asunto legal del Cliente. El uso del nombre de usuario y contraseña de otra persona o cualquier otra información no relacionada con el asunto legal del Cliente está expresamente prohibido.

El Cliente acepta que cualquier comunicación, información o documentación entregada al Cliente a través del Portal del Cliente se considera entregada al Cliente a partir de la fecha y hora en que dichas comunicaciones, información o documentación están disponibles para el Cliente a través del Portal del Cliente. El Cliente acuerda acceder regularmente y de manera consistente al Portal del Cliente para revisar cualquier nueva comunicación, información o documentación relacionada con el asunto legal del Cliente. El Cliente acepta y entiende que, en ocasiones, el Portal del Cliente puede no estar disponible debido a actualizaciones o actualizaciones periódicas programadas.

26. **TCPA:** Al ingresar a este Acuerdo, el Cliente expresamente da consentimiento que Consumer Law Group, LLC / Los Guardianes Del Pueblo lo puedan contactar por teléfono, mensaje de texto, y/o correo electrónico con información, ofertas y/o solicitaciones que podrán ser directamente o indirectamente relacionadas con este Acuerdo. Pueden aplicar las tarifas de mensaje y de datos.

27. **NO MENOSPRECIO.** Al ejecutar este acuerdo, el Cliente comprende y acepta que en ningún momento hará, publicará o comunicará a ninguna persona o en cualquier forma pública (incluidos, entre otros, Facebook, Yelp, Google o BBB) ningún tipo difamatorio o despectivo. observaciones, comentarios o declaraciones sobre CLG o sus afiliados o sus respectivos negocios, o cualquiera de sus respectivos empleados o clientes. El cliente comprende y acepta que el incumplimiento de esta cláusula resultará en daños liquidados por un monto de $ 10,000 por publicación además de cualquier daño compensatorio. Debido a la dificultad de cuantificar los daños reales, la suma acordada tiene una relación razonable con los daños anticipados.

28. **COMPARTIENDO INFORMACION CON COMMUNITY TAX, LLC**.     CLG y Community Tax, LLC ("CTAX") son corporaciones afiliadas en copropiedad. Si el Cliente desea preparación de impuestos, servicios de alivio de impuestos, u otros servicios relacionados a impuestos, Cliente puede contratar a cualquier proveedor externo para brindar estos servicios y no es requerido trabajar con CTAX.

Si el cliente contrata los servicios de CLG y CTAX, el Cliente le autoriza a CLG trabajar con CTAX y compartir información necesaria para que cada entidad realice sus acuerdos respectivos con el Cliente. Específicamente:
   a. Cliente permite que CLG prepare Formulario de Impuestos IRS 8821 y que CLG y CTAX obtengan la información de impuestos de Cliente. CTAX tramitará el Formulario 8821 y compartirá la información recibida con CLG en conexión a asuntos de impuestos del cliente con IRS.
   b. Al solicitar los servicios de ambos CLG y CTAX, Cliente expresamente renuncia cualquier privilegio entre cliente y abogado que pudiera existir, y autoriza que CLG comparta información con CTAX.
   c. Cliente le autoriza a CTAX contactar al Cliente por teléfono y/o mensaje por texto/SMS usando un marcador automático o mensaje pregrabado para discutir específicamente temas de


impuestos incluyendo, pero no limitados, a declaraciones de impuestos para beneficios migratorios.

d. CLG acuerda indemnizar CTAX por cualquier asunto que podrá resurgir causado por CLG, y CTAX acuerda indemnizar a CLG por cualquier asunto que podrá resurgir causado por alivio de inmigración

29. **CONFLICTO DE INTERÉS**:

El Cliente entiende y acepta que puede no ser inmediatamente evidente que existe un conflicto de interés en su caso legal en el momento que se firma este Acuerdo. El Cliente expresamente entiende y acepta que completaron el chequeo de conflicto de interés al mejor conocimiento del Cliente. Además, el Cliente entiende y acepta que en el evento que CLG descubra un conflicto de interés, CLG tiene que éticamente retirarse de su caso y prontamente abandonar su representación legal al Cliente en este asunto. En el evento que CLG tenga que retirarse del caso, CLG facturará al Cliente por el tiempo trabajado y/o costos de corte y representación incurridos en conexión con el caso legal del Cliente hasta que el conflicto de interés debió ser razonablemente sabido por CLG.

**El Cliente declara que ha leído, entiende, y se compromete con los términos de este Acuerdo legal en su totalidad. Se le ofreció este mismo Acuerdo en Ingles, pero lo rechazó. También le ofrecieron la oportunidad de tener un abogado de su elección no afiliado a CLG para que revisara este documento, pero lo rechazó. El Cliente reconoce que le explicaron este Acuerdo a su entera satisfacción, y que no tiene dudas con respecto al mismo.**

Firma de CLG                                         Firma del cliente

F leck                                               John Ramida


**LISTA DE DOCUMENTOS**

___ Las declaraciones de impuestos de los último dos años (si se archiva Bancarrota Capítulo 7)

___ Las declaraciones de impuestos de los últimos cuatro años (si se archiva Bancarrota Capítulo 13)

___ Certificado de Consejería de Crédito

Es posible que las siguientes deudas no aparezcan en un informe de crédito y se debe presentar un comprobante de cada deuda a CLG (si corresponde)

___ Préstamos de día de pago o préstamo de título

___ Deudas del gobierno (por ejemplo, impuestos, multas de estacionamiento, violaciones de ordenanzas, etc.)

___ Deudas médicas

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jose Ramirez** _____    Case No. _____

                                                   Debtor(s)    Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **4**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **December 14, 2021** _____      **/s/ Jose Ramirez** _____

                                                             **Jose Ramirez**
                                                               Signature of Debtor

Jefferson Capital Systems, LLC
Attn: Bankruptcy
16 Mcleland Road
Saint Cloud, MN 56303


Midland Fund
Attn: Bankruptcy
350 Camino De La Reine, Suite 100
San Diego, CA 92108


Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502


Resurgent Capital Services
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603